834

No. 134. SORGEL, EXECUTOR, ET AL. *v.* COMMERCIAL CREDIT CORP. C. A. 5th Cir. Certiorari denied. MR. JUSTICE BLACK and MR. JUSTICE DOUGLAS are of the opinion certiorari should be granted, the judgment vacated and the case remanded to the District Court for a completely new jury trial on all issues. *Leon P. Howell* for petitioners. *Berthold Muecke, Jr., J. Francis Ireton* and *Charles W. Trueheart* for respondent.

No. 138. FOSTER *v.* UNITED STATES. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied, the Court noting the purpose of the Solicitor General promptly to have proceedings commenced to determine the capacity of petitioner to stand trial. We assume that such proceedings will be instituted without delay and expeditiously pressed to a conclusion. *Mary M. Kaufman* for petitioner. *Solicitor General Rankin, Assistant Attorney General Yeagley* and *Kevin T. Maroney* for the United States.

No. 273. HUTTON, EXECUTOR, ET AL. *v.* HUTTON. Petition for writ of certiorari to the Supreme Court of Mississippi and other relief denied. *J. B. Hutton, Jr.* and *W. S. Henley* for petitioners.

No. 170. JOHNSON, FORMERLY COLLECTOR OF INTERNAL REVENUE, ET AL. *v.* DULLES ET AL., EXECUTORS. C. A. 2d Cir. Certiorari denied. MR. JUSTICE HARLAN took no part in the consideration or decision of this application. *Solicitor General Rankin, Assistant Attorney General Rice, Harry Baum* and *James P. Turner* for petitioners. *Norris Darrell* and *Henry N. Ess III* for respondents.